82,014-01



# RENEE MAGEE
### JUDGE, 337TH DISTRICT COURT
### HARRIS COUNTY CRIMINAL JUSTICE CENTER
### 1201 FRANKLIN
### HOUSTON, TEXAS 77002
### (713) 755-7746

April 14, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

Abel Acosta
Clerk, Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

**Re: AGUILAR, CRISTIAN**
**CCA No. WR-82-014-01**
**Trial Court Case No. 1388321-A**

**Request for extension to file supplemental findings of fact**

Dear Mr. Acosta,

The 337th District Court is in receipt of the ORDER from the Court of Criminal Appeals dated January 14, 2015.

This court will respectfully request a 60-day extension from the April 14, 2015 deadline to file its supplemental findings of fact in this case.

This court has been working to prepare the supplemental findings of fact, however requests this additional time to properly research and prepare a complete findings to submit to the Court of Criminal Appeals.

Sincerely,

Renee Magee
Judge, 337th District Court
Harris County, Texas